# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **JANET L. TAYLOR,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 08-2178 |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **sued as Michael J. Astrue,** ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

In October 2007, Administrative Law Judge (hereinafter "ALJ") E. James Gildea denied Plaintiff Janet Taylor's application for disability insurance benefits (hereinafter "DIB"). The ALJ based his decision on findings that, although Plaintiff suffers from severe impairments, she retains the capability to perform her past relevant work; therefore, she is not disabled within the meaning of the Social Security Act.

In July 2008, Plaintiff filed a Complaint for Judicial Review (#5) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny DIB. In January 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#13). In April 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#18).

After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#13) be granted. Consistent with the Court's reasoning in the Report and Recommendation recommending granting Plaintiff's motion, the Court now recommends pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#18)** be **DENIED**.

ENTER this 4th day of August, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE