**E-FILED**
Monday, 24 August, 2009  02:49:09 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

---

| | | |
|---|---|---|
| **JANET L. TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 08-CV-2178** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Reports and Recommendations (#20), (#21) were filed by Magistrate Judge David G. Bernthal in the above cause on August 4, 2009. On August 20, 2009, Defendant, Michael J. Astrue, Commissioner of Social Security, filed his Objection to Report and Recommendation (#22). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#20), (#21).   This court agrees that Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#18) should be DENIED and that Plaintiff's Motion for Summary Judgment or Remand (#13) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#20), (#21) are accepted by this court.

(2) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#18) is DENIED and Plaintiff's Motion for Summary Judgment or Remand (#13) is GRANTED.

(3) This case is remanded to the Administrative Law Judge for the ALJ to adequately explain his reasoning regarding Plaintiff's claims of depression and for the ALJ to consider Plaintiff's obesity and explain his reasoning regarding its effect on her condition.

ENTERED this 24th  day of August, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE