E-FILED
Tuesday, 02 February, 2010  01:26:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| JANET L. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-CV-2178 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A Report and Recommendation (#27) was filed by Magistrate Judge David G. Bernthal in the above cause on December 11, 2009. On December 23, 2009, Plaintiff, Janet L. Taylor, filed her Objection to Report and Recommendation (#28). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#27). This court agrees that Plaintiff's Motion for Attorneys' Fees Under the Equal Access to Justice Act (#25) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#27) is accepted by this court.

(2) Plaintiff's Motion for Attorneys' Fees Under the Equal Access to Justice Act (#25) is DENIED.

ENTERED this 2nd day of February, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE